1164

No. D–1796.   IN RE DISBARMENT OF HAMILTON.   Due to mistaken identity, the order entered March 31, 1997 [*ante*, p. 1153], is vacated, and the rule to show cause is discharged.

No. A–687.   BANKS *v.* RANDOLPH.   Super. Ct. D. C.   Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. M–70.   ADAMS ET UX. *v.* MOORE ET AL.;

No. M–71.   HARRINGTON *v.* ATTORNEY GENERAL OF NORTH CAROLINA;

No. M–72.   AL-HAKIM *v.* FLORIDA ET AL.; and

No. M–73.   BARTLETT *v.* UNITED STATES.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–1455.   RENO, ATTORNEY GENERAL *v.* BOSSIER PARISH SCHOOL BOARD ET AL.; and

No. 95–1508.   PRICE ET AL. *v.* BOSSIER PARISH SCHOOL BOARD ET AL.   D. C. D. C.   [Probable jurisdiction noted, 517 U. S. 1232.] Motion of Harris County, Texas, et al. for leave to file a brief as *amici curiae* denied.

No. 96–7826.   McCREA *v.* ANDREWS FEDERAL CREDIT UNION. Super. Ct. N. J., App. Div.;

No. 96–7872.   GRAHAM-WEBER *v.* COUNTY OF ESSEX ET AL. C. A. 3d Cir.; and

No. 96–7960.   MARMOLEJO *v.* UNITED STATES.   C. A. 5th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until May 5, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 96–8233.   IN RE STONE.   Petition for writ of habeas corpus denied.

No. 96–8119.   IN RE EIDSON.   Petition for writ of prohibition denied.

No. 96–910.   CITY OF CHICAGO ET AL. *v.* INTERNATIONAL COLLEGE OF SURGEONS ET AL.   C. A. 7th Cir.   Certiorari granted.